## NO. <u>2015-140</u>

| | | |
|---|---|---|
| **DANESE SEABOURNE**<br>**Plaintiff,** | § | **IN THE DISTRICT COURT** |
| | § | FILED IN |
| | § | 6th COURT OF APPEALS |
| **V.** | § | **4TH JUDICIAL DISTRICT** TEXARKANA, TEXAS |
| | § | 10/15/2015 1:51:50 PM |
| **THOMAS SEABOURNE** | § | DEBBIE AUTREY |
| **Defendant** | § | **OF RUSK COUNTY, TEXAS** Clerk |

### NOTICE OF APPEAL

This Notice of Appeal is filed by Thomas Seabourne, Defendant, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.   The trial court, cause number, and style of this case are as shown in the caption above.

2.   The judgment or order appealed from was signed on July 28, 2015.

3.   Thomas Seabourne desires to appeal from all portions of the judgment.

4.   This appeal is being taken to the 6th Court of Appeals.

5.   This notice is being filed by Thomas Seabourne.

Respectfully submitted,

JOE E SHUMATE
107 N. Main St.
Henderson, TX 75652
Tel: (903) 657-1416
Fax: (903) 655-8211

By:_____
Joe Shumate
State Bar No. 18327500
shumate.law@suddenlinkmail.com
Attorney for Petitioner

**Certificate of Service**

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Danese Seabourne

Lead attorney:  Clay Wilder

E-mail Address: tiffanyperrault@suddenlinkmail.com

Method of service:  by electronic service

Date of service:  October 9, 2015


_____

Joe Shumate
Attorney for Petitioner